**Order filed, June 20, 2013.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-13-00244-CR
NO. 14-13-00245-CR

———————

**DONNAVAN RUSSELL WALTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 67160, 67161**

## ORDER

The reporter's record in this case was due **May 20, 2013**. *See* Tex. R. App. P. 35.1. On **May 21, 2013**, this court granted the court reporters request for extension of time to file the record until **June 19, 2013**. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Ida Salinas**, the official court reporter, to file the record in this appeal **on or before July 19, 2013. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Ida Salinas** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM